JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| RODOLFO RUIZ, | Case No. CV 09-09456-RGK (SSx) |
|---|---|
| Plaintiff(s), | |
| VS. | ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |
| SANTA MONICA COMMUNITY COLLEGE DISTRICT, et al., | |
| Defendant(s). | |

On June 9, 2011, the Court issued an Order to Show Cause why the case should not be dismissed for lack of subject matter jurisdiction. Plaintiff was ordered to respond not later than June 17, 2011. As of this date, no response has been filed, therefore, the matter is ordered dismissed.

**IT IS SO ORDERED.**

Dated: June 20, 2011

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE